ZIMMERMAN REED, LLP
CHRISTOPHER P. RIDOUT (SBN: 143931)
 E-mail: christopher.ridout@zimmreed.com
HANNAH B. FERNANDEZ (SBN: 294155)
 E-mail: hannah.fernandez@zimmreed.com
2381 Rosecrans Ave., Suite 328
Manhattan Beach, California 90245
(877) 500-8780 - Telephone
(877) 500-8781 - Facsimile

MAHONEY LAW GROUP, APC
KEVIN MAHONEY (SBN: 235367)
 E-mail: kmahoney@mahoney-law.net
ALINA B. MAZEIKA (303840)
 E-mail: amazeika@mahoney-law.net
249 E. Ocean Boulevard, Suite 814
Long Beach, California 90802
(562) 590-5550 - Telephone
(562) 590-8400 - Facsimile

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONNTEY MOODIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland Corporation, E-VERIFILE.COM, INC., a Georgia Corporation,<br><br>Defendants. | Case No.: CV 14-3471 FMO (ASx)<br><br>*Assigned to Hon. Fernando M. Olguin*<br><br>**DECLARATION OF KEVIN MAHONEY IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR AN AWARD OF CLASS REPRESENTATIVE INCENTIVE PAYMENT AND ATTORNEYS' FEES AND COSTS**<br><br>Date:        August 22, 2019<br>Time:        10:00 AM<br>Courtroom:   6D<br><br>Date Action Filed: May 5, 2014 |

1

## DECLARATION OF KEVIN MAHONEY

I, Kevin Mahoney, declare:

1.      I am an attorney licensed to practice law in the State of California and before this Court, I am the principal of Mahoney Law Group, APC, and co-counsel of record for Plaintiff SHONNTEY MOODIE in the matter of Moodie v. Maxim Healthcare Services, Case No.: CV 14-3471 FMO (ASx).

2.      I have personal knowledge of the facts set forth herein and if called upon as a witness I could and would competently testify thereto.

## EXPERIENCE AS COUNSEL IN CLASS ACTIONS

3.      Since on or about 2007, I have assisted in the litigation and settlement of several employment law class action matters to completion through the final approval process.  The class size of the matters ranged from approximately 1,200 to over 15,000.  In the last twelve (12) months alone, I have settled no less than five (5) employment class actions with settlement in the millions of dollars.

4.      In August of 2009, I voluntarily resigned from Rose, Klein & Marias and co-cofounded Mahoney, Perry & Burrows, in Long Beach, California.  The firm (now the Mahoney Law Group, APC) currently serves as lead counsel and/or co-counsel in numerous wage and hour class action litigation in the Los Angeles Superior Court, Orange County Superior Court, United States District Court for the Central District of California and the United State District court for The Northern District of Ilinois.  Some examples of cases where I served as lead and/or co-counsel include:  *Denise Mays v Children's Hospital of Los Angeles,* Case No. BC477830; *Pulido v Front Porch Communities and Services*, Case No. BC601175; *Romo v Durham School Services, L.P*, Case No. 1:17-cv-1929; *Valerie Brooks v Life Care Centers of America, Inc. et al*., Case No. SACV 12-00659-CJC(RNBx); *Harvey Holt, et al. v. Parsec, Inc.,* Case No. CV-9540-VBF; *Erasmo Ochavo v Molina Healthcare, Inc., Case No. BC591325; Curiel v Glendora Grand, Inc.*, Case No. BC618831, *Dorothy Berry v. Brierwood Terrace Convalescent Hospital, et al.,*

2

Case No. BC437781; *Dante Booker v The Goodyear Tire and Rubber Company*, Case No. BC498399; *Manuel Diaz v Excel Sheet Metal, Inc*., Case No. BC504033*; Fernando Albiar, et al. v. Spectrum Athletics-Canoga Park, et al*. Case No. BC413860; *Gerardo Ortega, et al. v. CR & R Inc.,* Case No. BC414434; *William Davis v Pacific Hospital of Long Beach, et al*. Case No. BC488542; *Kurt Casadine v Maxim Healthcare Services, Inc.*, Case No. CV 12-10078-DMG (CWx); *Deborah Cabanillas v Lakewood Park Manor Healthcare, Inc. et al*. Case No. BC443859 *Daniel Branch v. Indiana Plumbing Supply, Co. Inc. et al*., Case No. BC425627; *Butch Calvo v. Providence Health Systems-Southern California, et al.* Case No. BC419843; *John De La Torre Cri-Help, Inc.*, Case No. BC508430; *Esmerelda Fernandez, et al v Teva Parenteral Medicines, Inc.*, Case No. 30-2010-00412849-CU-OE-CXC; *Kimya Oliver, et al. v. College Health Enterprise, et al*. Case No. BC406481; *Audi Velazquez v. New Vista Health Services, Inc.*, Case No. BC 424797; *Rick Wilcox, et al. v. Presbyterian Intercommunity Hospital, et al.*, Case No. BC 424796; *Gardner v. Longwood Management Corp.*, Case Nos. BC377127; and *Davis v. Vital Care, Inc.,* Case No. BC385484; *Raenan Guadez, et al v Sega Gameworks*, *LLC,* Case No. CIVRS1105099; *Erica Teyuca v Pacific Alliance Medical Center, Inc.,* Case No. BC459422; *Yessenia Martinez v Fresh & Easy Neighborhood Market, Inc.,* Case No. CIVRS1104607; and *Maria Zimmerman v. Quality Children's Services*, Case No. BC472001.

5.    I believe that the requested collective attorneys' fee in this case for all Plaintiffs' counsel is fair and reasonable.

6.    Class Counsel are experienced and qualified to evaluate Class claims and the viability of defenses. The recovery for each Class Member in the present is fair and reasonable based on all factors.

7.    I believe the requested attorneys' fee award for the work of all Plaintiff's counsel is fair and reasonable. My law office currently has a total of 252 hours expended to date. All hours were reasonable and necessary and related to this

litigation.

8.     My current standard hourly rate is $750.00, and associate attorney rates range from $350.00 per hour to the most senior associate at $750.00 per hour. My paralegal's hourly rate ranges from $150.00 through $200.00. I believe the rates charged are commensurate with hourly rates charged by attorneys handling class actions in California and this District.

9.     I am the founding partner in my firm which currently employs 14 fulltime attorneys, handling employment, consumer and personal injury matters.

10.    Mahoney Law Group has two thousand ninety-two dollars and ninety-three cents in costs ($2,092.93) on this case. These costs are related to the litigation of this case.

11.    Please note that our office recently transitioned to a new case management system, and we are currently in the process of auditing our files to ensure the accuracy of the above numbers. I will amend my declaration to reflect any changes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated this 3 day of May, 2019, at Long Beach, California.


Kevin Mahoney

## PROOF OF SERVICE
Code of Civ. Proc. § 1013a, subd. (3)

### STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) and not a party to the within entitled action.  My place of business is 249 East Ocean Boulevard, Suite 814, Long Beach, CA 90802.

On **December 24, 2018,** I served the foregoing document described as: **DECLARATION OF KEVIN MAHONEY IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLMENT,** on the interested parties in this action, addressed as follows:

| | |
|---|---|
| John Egley<br>Call & Jensen<br>610 Newport Center Dr. Ste 700<br>Newport Beach, CA 92660 | *Attorney for Defendant Big O. Tires*<br>Tel.: (949) 717-3000<br>Fax: (949) 717-3100<br>Email: jegley@calljensen.com |
| Kevin T. Barnes, Esq. (#138477)<br>Gregg Lander, Esq. (#194018)<br>LAW OFFICES OF KEVIN T. BARNES<br>5670 Wilshire Boulevard, Suite 1460<br>Los Angeles, CA 90036-5664 | *Attorneys for Plaintiff  Paul Quintana and Johnny Garcia*<br>Tel.: (323) 549-9100<br>Fax: (323) 549-0101<br>Email: Barnes@kbarnes.com |
| Ross E. Shanberg, Esq. (#179842)<br>Shane C. Stafford, Esq. (#216151)<br>SHANBERG, STAFFORD & BARTZ LLP<br>19200 Von Karman Avenue, Suite 400<br>Irvine, CA 92612-8512 | *Attorneys for Plaintiffs Brian Goegan and Charles Graves*<br>Tel.:(949) 622-5444<br>Fax: (949) 622-5448<br>Email: RShanberg@ssbfirm.com |

☒ **By electronic service:** Based on a court order, I caused the document(s) to be sent to the persons at the electronic service addresses listed above by transmission through FILE & SERVE XPRESS.

☒ **State:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 24, 2018**, at Long Beach, California.

5

1

2

3

_____
\_\_\_

Stephanie Box

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KEVIN MAHONEY IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF CLASS REPRESENTATIVE INCENTIVE PAYMENT AND ATTORNEYS' FEES AND COSTS