ZIMMERMAN REED, LLP
CHRISTOPHER P. RIDOUT (SBN: 143931)
  E-mail: christopher.ridout@zimmreed.com
HANNAH B. FERNANDEZ (SBN: 294155)
  E-mail: hannah.fernandez@zimmreed.com
2381 Rosecrans Ave., Suite 328
Manhattan Beach, California 90245
(877) 500-8780 - Telephone
(877) 500-8781 - Facsimile

MAHONEY LAW GROUP, APC
KEVIN MAHONEY (SBN: 235367)
  E-mail: kmahoney@mahoney-law.net
249 E. Ocean Boulevard, Suite 814
Long Beach, California 90802
(562) 590-5550 - Telephone
(562) 590-8400 - Facsimile

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONNTEY MOODIE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland Corporation, E-VERIFILE.COM, INC., a Georgia Corporation,<br><br>        Defendants. | Case No.: 2:14-cv-03471 FMO (ASx)<br><br>**SUPPLEMENTAL DECLARATION OF KEVIN MAHONEY IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR AN AWARD OF CLASS REPRESENTATIVE INCENTIVE PAYMENT AND ATTORNEYS' FEES AND COSTS**<br><br>*Assigned to Hon. Fernando M. Olguin*<br><br>Date:        August 22, 2019<br>Time:        10:00 AM<br>Courtroom:   6D<br><br>Date Action Filed: May 5, 2014 |

1

I, Kevin Mahoney, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court, I am the principal of Mahoney Law Group, APC, and co-counsel of record for Plaintiff SHONNTEY MOODIE in the matter of Moodie v. Maxim Healthcare Services, Case No.: 2:14-cv-03471 FMO (ASx).

2. I have personal knowledge of the facts set forth herein and if called upon as a witness I could and would competently testify thereto.

3. As noted in my previous declaration filed with our motion for attorneys' fees, our office recently transitioned to a new case management system, and we were in process of auditing our files to ensure the accuracy of our hours. I noted that I would supplement my declaration with this information. I apologize to the Court for the late submission as I recently had surgery as a result of an injury.

4. Attached hereto as Exhibit A is a true and correct copy of all hours worked in this matter by Mahoney Law Group, APC. To date the hours for Mahoney Law Group. APC is 282.10 hours for a total of one hundred thirty-eight thousand five hundred ninety dollars ($138,590.00).

5. Attached hereto as Exhibit B is a true and correct copy of all costs expended in this matter by Mahoney Law Group, APC.  To date, Mahoney Law Group, APC has expended $2,094.58.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated this 22nd day of August, 2019, at Long Beach, California.



Kevin Mahoney

SUPPLEMENTAL DECLARATION OF KEVIN MAHONEY IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR AN AWARD OF CLASS REPRESENTATIVE INCENTIVE PAYMENT AND ATTORNEYS'S FEES AND COSTS