# EXHIBIT A

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ▶ Settlement<br>REVIEW EMAIL FROM T. DAY RE CHANGES TO SETTLEMENT AGREEMENT | BILLABLE | 8/21/2019 | 0.1 | $750.00 | $75.00 | KM |
| ▶ Settlement<br>EXCHANGE EMAILS WITH DEFENDANT'S COUNSEL RE: CORRESPONDENCE FROM CLASS MEMBER | BILLABLE | 7/23/2019 | 0.3 | $750.00 | $225.00 | KM |
| ▶ Settlement<br>EXCHANGE EMAILS WITH DEFENDANT'S COUNSEL RE: CORRESPONDENCE FROM CLASS MEMBER | BILLABLE | 7/22/2019 | 0.3 | $750.00 | $225.00 | KM |
| ▶ Settlement<br>REVIEW CORRESPONDENCE FROM CLASS MEMBER | BILLABLE | 7/19/2019 | 0.4 | $750.00 | $300.00 | KM |
| ▶ Settlement<br>REVIEW OBJECTION TO EXTEND TIME FILED BY CLASS MEMBER(,3); MEMO TO FILE (.2) | BILLABLE | 6/19/2019 | 0.5 | $750.00 | $375.00 | KM |
| ▶ Court Mandated Conferences<br>REVIEW COURT'S INITIAL STANDING ORDER(.2); MEMO TO FILE(.1) | BILLABLE | 5/10/2019 | 0.3 | $550.00 | $165.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ▶ Settlement<br>REVIEW EMAIL FROM H. HERNANDEZ RE FINAL REVISED SETTLEMENT AGREEMENT | BILLABLE | 5/3/2019 | 0.1 | $750.00 | $75.00 | KM |
| ▶ Communicate (with client)<br>TELECONFERENCE W/ CLIENT(.3); MEMO TO FILE(.2); EMAIL TO NP(.1) | BILLABLE | 5/3/2019 | 0.6 | $750.00 | $450.00 | KM |
| ▶ Settlement<br>REVIEW COSTS AND BILLING ENTRIES. | BILLABLE | 5/3/2019 | 4.6 | $200.00 | $920.00 | NRP |
| ▶ Settlement<br>REVIEW FILE AND DRAFT DECLARATION OF KEVIN MAHONEY IN SUPPORT OF ATTORNEYS' FEES MOTION(.6); MEMO TO FILE(.2). DRAFT STATUS LETTER TO CLIENT(.4) | BILLABLE | 5/3/2019 | 1.2 | $750.00 | $900.00 | KM |
| ▶ Settlement<br>CONFER WITH K. MAHONEY RE: ATTORNEY'S FEES MOTION. | BILLABLE | 5/3/2019 | 0.2 | $200.00 | $40.00 | NRP |
| ▶ Settlement<br>CONFER WITH H. FERNANDEZ (CO-COUNSEL) RE: MOTION FOR ATTORNEY'S FEES. | BILLABLE | 5/3/2019 | 0.3 | $200.00 | $60.00 | NRP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>MEETING W/ NRP | BILLABLE | 5/3/2019 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Settlement<br>REVIEW DRAFT OF APPLICATION FOR ATTY FEES DRAFTED BY CO-COUNSEL | BILLABLE | 5/3/2019 | 0.5 | $750.00 | $375.00 | KM |
| ▶ Settlement<br>RESPOND AND REVIEW EMAILS FROM H. FERNANDEZ RE: ATTORNEY FEE MOTION. | BILLABLE | 5/2/2019 | 0.2 | $200.00 | $40.00 | NRP |
| ▶ Settlement<br>REVIEW AND RESPOND TO EMAIL FROM NP RE: MOTION FOR ATTY FEES | BILLABLE | 4/16/2019 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Settlement<br>FUP WITH C. RIDOUT AND K. MAHONEY RE: STATUS OF FEE MOTION. | BILLABLE | 4/16/2019 | 0.2 | $200.00 | $40.00 | NRP |
| ▶ Settlement<br>EMAIL N. PIERSON RE MOTION FOR FINAL APPROVAL | BILLABLE | 4/16/2019 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Settlement<br>REVIEW ORDER GRANTING PRELIMINARY APPROVAL. UPDATE CASE PLAN. | BILLABLE | 2/5/2019 | 0.4 | $200.00 | $80.00 | NRP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>REVIEW COURT'S ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT(.2); MEMO TO FILE(.2); DRAFT CORRESPONDENCE TO CLIENT(.4) | BILLABLE | 2/4/2019 | 0.6 | $750.00 | $450.00 | KM |
| ▶ Settlement<br>REVIEW H. FERNANDEZ DECL. IN SUPPORT OF PRELIMINARY APPROVAL. | BILLABLE | 12/24/2018 | 0.2 | $175.00 | $35.00 | NRP |
| ▶ Settlement<br>EMAIL WITH H. FERNANDEZ AND T. DAY RE SETTLEMENT AGREEMENT | BILLABLE | 12/17/2018 | 0.3 | $750.00 | $225.00 | KM |
| ▶ Settlement<br>EMAIL N. PIERSON RE CLIENT OBTAINING SIGNATURE ON SETTLEMENT AGREEMENT | BILLABLE | 11/25/2018 | 0.2 | $450.00 | $90.00 | KM |
| ▶ Analysis/Strategy<br>EMAILS WITH N. PIERSON RE CONFERENCE CALL | BILLABLE | 11/19/2018 | 0.2 | $100.00 | $20.00 | SO |
| ▶ Settlement<br>EMAIL A.S. MAHONEY RE OBTAINING SIGNATURE ON SETTLEMENT AGREEMENT | BILLABLE | 11/18/2018 | 0.2 | $750.00 | $150.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>ATTEND MEETING WITH CLIENT AND N.PIERSON TO REVIEW SETTLEMENT AGREEMENT WITH CLIENT(2.1); MEMO TO FILE(.2) | BILLABLE | 11/15/2018 | 2.3 | $750.00 | $1,725.00 | KM |
| ▶ Settlement<br>ATTEND MEETING WITH K.MAHONEY AND CLIENT TO REVIEW SETTLEMENT AGREEMENT WITH CLIENT. | BILLABLE | 11/15/2018 | 2.1 | $200.00 | $420.00 | NRP |
| ▶ Settlement<br>REVIEW FINAL REVISED SETTLEMENT AGREEMENT FOR EXECUTION AND RELATEDS EXHIBITS DRAFTED BY CO-COUNSEL | BILLABLE | 11/13/2018 | 1.1 | $750.00 | $825.00 | KM |
| ▶ Analysis/Strategy<br>EMAIL WITH C. RIDOUT AND J. DUFFY RE CONFERENCE CALL | BILLABLE | 10/23/2018 | 0.3 | $750.00 | $225.00 | KM |
| ▶ Analysis/Strategy<br>EMAIL FROM C. RIDOUT RE CONFERENCE CALL | BILLABLE | 9/20/2018 | 0.3 | $750.00 | $225.00 | KM |
| ▶ Settlement<br>EMAILS BETWEEN SELF, H. FERNANDEZ, CLERK OF COURT RE PLAINTIFF'S MOTION FOR CLASS CERT, PRELIM APPROVAL OF SETTLEMENT AGREEMENT | BILLABLE | 8/10/2018 | 0.3 | $750.00 | $225.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>REVIEW EMAILS FROM H. FERNANDEZ & C. RIDOUT RE CALL RE SETTLEMENT AGREEMENT | BILLABLE | 8/9/2018 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Settlement<br>REVIEW EMAIL FROM C. RIDOUT RE CONFERENCE CALL W/ TAYLOR, JOE, HANNAH RE SETTLEMENT AGREEMENT REVISIONS | BILLABLE | 8/9/2018 | 0.1 | $750.00 | $75.00 | KM |
| ▶ Settlement<br>REVIEW EMAIL FROM H. FERNANDEZ RE RENEWED MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL | BILLABLE | 7/27/2018 | 0.1 | $750.00 | $75.00 | KM |
| ▶ Discovery Motions<br>EMAIL TO T. ALLEN RE RULE 37-1 LETTER | BILLABLE | 7/16/2018 | 0.1 | $750.00 | $75.00 | KM |
| ▶ Settlement<br>REVIEW COURT'S MINUTES RE: PLAINTIFF'S RENEWED MOTION(.1); MEMO TO FILE(.2); CORRESPONDENCE TO CLIENT(.3) | BILLABLE | 1/22/2018 | 0.6 | $750.00 | $450.00 | KM |
| ▶ Discovery Motions<br>EMAIL SENT TO A. PEREZ RE EX PARTE MOTION | BILLABLE | 1/3/2018 | 0.1 | $750.00 | $75.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>EMAIL WITH J. DUFFY AND C. RIDOUT RE STIPULATION TO CONTINUE PRELIMINARY HEARING | BILLABLE | 12/26/2017 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Settlement<br>EMAILS WITH CHRIS RID OUT RE CHANGES TO SETTLEMENT AGREEMENT | BILLABLE | 12/15/2017 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Settlement<br>EMAILS WITH J. HARMON AND C. RIDOUT RE SIGNATURES FOR SETTLEMENT AGREEMENT DECLARATION | BILLABLE | 12/15/2017 | 0.3 | $100.00 | $30.00 | SO |
| ▶ Settlement<br>MEET W/ CLIENT TO EXECUTE DECLARATION(.9); MEMO TO FILE(.2) | BILLABLE | 12/15/2017 | 1.1 | $750.00 | $825.00 | KM |
| ▶ Analysis/Strategy<br>EMAILS WITH C. RIDOUT AND J. DUFFY RE STATUS OF THE CASE | BILLABLE | 12/14/2017 | 0.1 | $750.00 | $75.00 | KM |
| ▶ Settlement<br>EMAILS BETWEEN SELF & N. PIERSON, J. DUFFY, C. RIDOUT RE MOT. FOR PRELIMINARY APPROVAL | BILLABLE | 12/14/2017 | 0.7 | $750.00 | $525.00 | KM |

PracticePanther - Kroenig v. Maxim (C...

| | ITEM | | STATUS | | DATE ↓ | | HRS. | | RATE | | TOTAL | | BILLED BY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ▶ Settlement<br>REVIEW FILE(.3);<br>TELECONFERENCE WITH CLIENT<br>(.5) DRAFT DEC. OF SHONNTEY<br>MOODIE IN SUPPORT OF MOT.<br>FOR PRELIM. APPROVAL;<br>PROVIDE REVISIONS(.4) | | BILLABLE | | 12/14/2017 | | 1.2 | | $750.00 | | $900.00 | | KM | |
| | ▶ Settlement<br>REVIEW EMAIL FORM J. KEOUGH<br>& ATTACHED DECLARATION IN<br>SUPPORT OF MOT. FOR PRELIM.<br>APPROVAL | | BILLABLE | | 12/13/2017 | | 0.8 | | $750.00 | | $600.00 | | KM | |
| | ▶ Settlement<br>REVIEW EMAILS FROM J. DUFFY &<br>C. RIDOUT RE OBTAINING<br>UPDATED SETTLEMENT<br>AGREEMENT & MOT. FOR<br>APPROVAL | | BILLABLE | | 12/12/2017 | | 0.3 | | $750.00 | | $225.00 | | KM | |
| | ▶ Settlement<br>REVIEW AND EDIT DRAFT OF<br>MOT. FOR PRELIM. APPROVAL<br>DRAFTED BY CO-COUNSEL(1.4);<br>MEMO TO FILE(.2) | | BILLABLE | | 12/12/2017 | | 1.6 | | $750.00 | | $1,200.00 | | KM | |
| | ▶ Settlement<br>REVIEW ORDER GRANTING JOINT<br>STIP TO CONTINUE RENEWED<br>MOT. FOR PRELIM. APPROVAL | | BILLABLE | | 12/8/2017 | | 0.2 | | $750.00 | | $150.00 | | KM | |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ▶ Settlement<br>REVIEW DRAFT STIPULATION & ORDER TO CONTINUE PRELIM. APPROVAL BY ONE WEEK(.4); MEMO TO FILE(.2) | BILLABLE | 12/6/2017 | 0.6 | $750.00 | $450.00 | KM |
| ▶ Settlement<br>EMAILS WITH C. RIDOUT AND J. DUFFY RE REVISED SETTLEMENT AGREEMENT | BILLABLE | 12/4/2017 | 0.3 | $750.00 | $225.00 | KM |
| ▶ Settlement<br>EMAILS WITH J. DUFFY AND C. RIDOUT RE DECLARATION FOR PRELIMINARY APPROVAL | BILLABLE | 12/1/2017 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Settlement<br>REVIEW REIVSIONS TO MOTION FOR PRELIM. APPROVAL BY CO-COUNSEL(.8); MEMO TO FILE(,2) | BILLABLE | 11/29/2017 | 1 | $750.00 | $750.00 | KM |
| ▶ Settlement<br>REVIEW FILE AND DRAFT JOINT STIP TO CONTINUE FILING DATE FOR PRELIMINARY APPROVAL; SEND TO C. RIDOUT, J. DUGGY, T. DAY | BILLABLE | 11/15/2017 | 1.2 | $750.00 | $900.00 | KM |
| ▶ Settlement<br>REVISE DRAFT JOINT STIP TO CONTINUE FILING DATE FOR PRELIMINARY APPROVAL; SEND TO C. RIDOUT, J. DUGGY, T. DAY | BILLABLE | 11/15/2017 | 0.4 | $750.00 | $300.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>REVIEW REVISED DRAFT JOINT STIP TO CONTINUE PRELIM APPROVAL FILING DATE DRAFTED BY J. DUFFY | BILLABLE | 11/15/2017 | 0.3 | $750.00 | $225.00 | KM |
| ▶ Settlement<br>EMAIL J. DUFFY RE FILING PROPOSED ORDER TO CONTINUE PRELIM APPROVAL FILING DATE | BILLABLE | 11/15/2017 | 0.1 | $750.00 | $75.00 | KM |
| ▶ Settlement<br>REVIEW DRAFT CLAIM FORM PROVIDED BY J. KEOUGH | BILLABLE | 11/10/2017 | 0.5 | $750.00 | $375.00 | KM |
| ▶ Settlement<br>REVIEW EMAILS BETWEEN C. RIDOUT & T. HOFFMAN RE OBTAINING DRAFT CLAIM FORM | BILLABLE | 11/9/2017 | 0.3 | $750.00 | $225.00 | KM |
| ▶ Settlement<br>REVIEW DRAFT DECLARATION PROVIDED BY J. KEOUGH | BILLABLE | 11/9/2017 | 0.5 | $750.00 | $375.00 | KM |
| ▶ Settlement<br>REVIEW REDLINED MOTION FOR PRELIM APPROVAL & MAIL NOTICE PROVIDED BY C. RIDOUT | BILLABLE | 11/9/2017 | 1 | $450.00 | $450.00 | KM |
| ▶ Settlement<br>EMAILS WITH C. RIDOUT RE SETTLEMENT APPROVAL | BILLABLE | 11/1/2017 | 0.1 | $750.00 | $75.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>REVIEW ORDER GRANTING JOINT STIP TO CONTINUE RENEWED MOT. FOR PRELIM. APPROVAL | BILLABLE | 10/25/2017 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Settlement<br>EMAIL J. DUFFY RE FINALIZING STIP TO CONTINUE RENEWED MOTION FOR PRELIM APPROVCAL | BILLABLE | 10/16/2017 | 0.1 | $750.00 | $75.00 | KM |
| ▶ Settlement<br>EMAILS RE FINALIZING STIP TO CONTINUE RENEWED MOT FOR PRELIM APPROVAL; GIVE APPROVAL TO FINALIZE & FILE | BILLABLE | 10/16/2017 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Settlement<br>EMAIL TO D. GUIZADO RE OBTAINING STIPULATION TO CONTINUING FILING DATE OF RENWED MOTION FOR PRELIM APPROVAL | BILLABLE | 10/13/2017 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Settlement<br>REVIEW EMAILS FROM D. UIZADO RE DRAFT JOINT STIP TO CONTINUE RENEWED MOT FOR PRELIM APPROVAL | BILLABLE | 10/13/2017 | 0.2 | $750.00 | $150.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ▶ Settlement<br>MEET W/ DRG R: DRAFT JOINT STIP TO CONTINUE RENEWED MOTION FOR PRELIMINARY APPROVAL;(,6)REVIEW AND REVISE DRAFT JOINT STIP TO CONTINUE RENEWED MOTION FOR PRELIMINARY APPROVAL(.3); MEMO TO FILE(.2) | BILLABLE | 10/13/2017 | 1.1 | $750.00 | $825.00 | KM |
| ▶ Class Action Certification and Notice<br>DRAFT STIPULATION RE CONTINUANCE OF DEADLINE TO FILE RENEWED MOTION FOR PRELIMINARY APPROVAL. | BILLABLE | 10/13/2017 | 1 | $500.00 | $500.00 | DRG |
| ▶ Settlement<br>EMAIL WITH A. MAZEIKA RE MOTION FOR PRELIMINARY APPROVAL | BILLABLE | 9/27/2017 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW EMAIL FROM & REPLY TO C. RIDOUT RE DISCUSSING MATTER | BILLABLE | 9/7/2017 | 0.2 | $750.00 | $150.00 | KM |
| ▶ Analysis/Strategy<br>PHONE CALL W. C. RIDOUT RE STATUS OF SETTLEMENT | BILLABLE | 9/7/2017 | 0.5 | $750.00 | $375.00 | KM |
| ▶ Settlement<br>REVIEW EMAIL FROM C. FRANCISCO RE DISCUSSING BID | BILLABLE | 8/31/2017 | 0.1 | $750.00 | $75.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ► Settlement<br>REVIEW EMAIL FROM M. SUTHERLAND RE ESTIMATED TAKE ON SETTLEMENT | BILLABLE | 8/3/2017 | 0.1 | $750.00 | $75.00 | KM |
| ► Settlement<br>REVIEW REVISED CLASS SETTLEMENT, EDITS TO MOT. FOR PRELIM APPROVAL, ETC. (2.1); MEMO TO FILE(.2) | BILLABLE | 7/14/2017 | 2.3 | $750.00 | $1,725.00 | KM |
| ► Settlement<br>REVIEW DRAFT PROPOSED ORDER PROVIDED BY CO-COUNSEL | BILLABLE | 7/14/2017 | 0.4 | $750.00 | $300.00 | KM |
| ► Settlement<br>REVIEW EMAIL SENT BY T. HOFFMAN RE BID PROPOSAL | BILLABLE | 7/14/2017 | 0.1 | $450.00 | $45.00 | KM |
| ► Settlement<br>REVIEW NOTICE OF MOTION, MEMO IN SUPPORT, CPR DECLARATION, AND SETTLEMENT AGREEMENT PROVIDED BY C. RIDOUT | BILLABLE | 7/14/2017 | 2 | $450.00 | $900.00 | KM |
| ► Settlement<br>EMAILS TO/FROM C. RIDOUT, J. DUGGY RE FINALIZING SETTLEMENT DOCUMENTS | BILLABLE | 7/14/2017 | 0.3 | $450.00 | $135.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>REVIEW BID PROVIDED BY M. MOORE | BILLABLE | 7/13/2017 | 0.4 | $450.00 | $180.00 | KM |
| ▶ Settlement<br>EMAIL N. PIERSON, J. HARMON RE CLIENT'S AVAILABILITY TO SIGN SETTLEMENT AGREEMENT | BILLABLE | 7/13/2017 | 0.2 | $450.00 | $90.00 | KM |
| ▶ Settlement<br>EMAIL TO/FROM C. RIDOUT RE CLIENT'S AVAILABILITY TO SIGN REVISED SETTLEMENT AGREEMENT | BILLABLE | 7/13/2017 | 0.3 | $450.00 | $135.00 | KM |
| ▶ Settlement<br>REVIEW EMAIL FROM M. MOORE RE SENDING BID | BILLABLE | 7/13/2017 | 0.1 | $450.00 | $45.00 | KM |
| ▶ Settlement<br>PHONE CALL W/ C. RIDOUT RE REVISING MOTION FOR PRELIMINARY APPROVAL | BILLABLE | 7/13/2017 | 0.7 | $450.00 | $315.00 | KM |
| ▶ Settlement<br>REVISE MOTION FOR PRELIM. APPROVAL TO INCLUDE 50% FLOOR | BILLABLE | 7/13/2017 | 0.3 | $450.00 | $135.00 | KM |
| ▶ Settlement<br>PROVIDE REVISED MOTION FOR PRELIM. APPROVAL TO T. DAY, C. RIDOUT, J. DUFFY | BILLABLE | 7/13/2017 | 0.1 | $450.00 | $45.00 | KM |

| ⋮ ITEM | ⋮ STATUS | ⋮ DATE ↓ | ⋮ HRS. | ⋮ RATE | ⋮ TOTAL | ⋮ BILLED BY | ⋮ |
|---|---|---|---|---|---|---|---|
| ▶ Settlement<br>REVIEW REVISED PROPOSALS SENT BY T. HOFFMAN | BILLABLE | 7/13/2017 | 0.7 | $450.00 | $315.00 | KM | |
| ▶ Settlement<br>PROVIDE DECLARATION OF ADEQUACY TO C. RIDOUT | BILLABLE | 7/13/2017 | 0.2 | $450.00 | $90.00 | KM | |
| ▶ Settlement<br>EMAILS TO & FROM P. IVIE RE OBTAINING BID | BILLABLE | 7/12/2017 | 0.3 | $450.00 | $135.00 | KM | |
| ▶ Settlement<br>REVIEW REVISED BIDS PROVIDED BY T. HOFFMAN | BILLABLE | 7/12/2017 | 0.9 | $450.00 | $405.00 | KM | |
| ▶ Settlement<br>REVIEW REDLINES TO SETTLEMENT AGREEMENT PROVIDED BY T. DAY | BILLABLE | 7/12/2017 | 0.8 | $450.00 | $360.00 | KM | |
| ▶ Settlement<br>REVIEW ADMINISTRATION PROPOSAL PROVIDED BY P. IVIE | BILLABLE | 7/12/2017 | 0.5 | $450.00 | $225.00 | KM | |
| ▶ Settlement<br>EMAIL T. DAY, J. DUFFY, C. RIDOUT RE SELECTION OF SETTLEMENT ADMINISTRATOR | BILLABLE | 7/12/2017 | 0.1 | $450.00 | $45.00 | KM | |

| | ITEM | | STATUS | | DATE ↓ | | HRS. | | RATE | | TOTAL | | BILLED BY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ▶ Settlement<br>EMAILS TO/FROM C. FRANCISCO RE OBTAINING BID | | BILLABLE | | 7/11/2017 | | 0.3 | | $450.00 | | $135.00 | | KM | |
| | ▶ Settlement<br>REVIEW BID FROM C. FRANCISCO | | BILLABLE | | 7/11/2017 | | 0.8 | | $450.00 | | $360.00 | | KM | |
| | ▶ Settlement<br>REVIEW EMAIL FROM C. RIDOUT RE KCC BID | | BILLABLE | | 7/11/2017 | | 0.3 | | $450.00 | | $135.00 | | KM | |
| | ▶ Settlement<br>REVIEW BID PROVIDED BY M. MOORE | | BILLABLE | | 7/11/2017 | | 0.6 | | $450.00 | | $270.00 | | KM | |
| | ▶ Settlement<br>EMAILS TO & FROM T. HOFFMAN RE OBTAINING BID | | BILLABLE | | 7/11/2017 | | 0.5 | | $450.00 | | $225.00 | | KM | |
| | ▶ Settlement<br>REVIEW EMAIL FROM C. FRANCISCO RE DISCUSSING BID | | BILLABLE | | 7/10/2017 | | 0.1 | | $450.00 | | $45.00 | | KM | |
| | ▶ Settlement<br>EMAIL P. IVIE RE SETTLEMENT ADMINISTRATION | | BILLABLE | | 7/10/2017 | | 0.5 | | $450.00 | | $225.00 | | KM | |
| | ▶ Settlement<br>EMAIL T. HOFFMAN RE SETTLEMENT ADMINISTRATION | | BILLABLE | | 7/10/2017 | | 0.3 | | $450.00 | | $135.00 | | KM | |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ◉ Settlement<br>EMAIL C. FRANCISCO & M. SUTHERLAND RE SETTLEMENT ADMINISTRATION | BILLABLE | 7/10/2017 | 0.4 | $450.00 | $180.00 | KM |
| ◉ Settlement<br>EMAIL M. MOORE RE SETTLEMENT ADMINISTRATION | BILLABLE | 7/10/2017 | 0.2 | $450.00 | $90.00 | KM |
| ◉ Settlement<br>PROVIDE COMMENTS & REDLINES TO SETTLEMENT AGREEMENT | BILLABLE | 7/8/2017 | 1 | $450.00 | $450.00 | KM |
| ◉ Settlement<br>PROVIDE COMMENTS & REDLINES TO SETTLEMENT AGREEMENT TO T. DAY, C. RIDOUT, J. DUFFY | BILLABLE | 7/8/2017 | 0.1 | $450.00 | $45.00 | KM |
| ◉ Settlement<br>PROVIDE COMMENTS & REDLINES TO SETTLEMENT AGREEMENT NOTICE | BILLABLE | 7/8/2017 | 0.7 | $450.00 | $315.00 | KM |
| ◉ Settlement<br>PROVIDE COMMENTS & REDLINES TO SETTLEMENT AGREEMENT NOTICE TO T. DAY, C. RIDOUT, J. DUFFY | BILLABLE | 7/8/2017 | 0.1 | $450.00 | $45.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Class Action Certification and Notice PROVIDE DRAFTS OF CLASS CERTIFICATION & PRELIM. APPROVAL MOTION TO M. MOORE | BILLABLE | 7/4/2017 | 0.2 | $450.00 | $90.00 | KM |
| ▶ Class Action Certification and Notice REVIEW EMAIL FROM J. HARMON & ACCOMPANYING ORDER GRANTING TWO WEEK EXTENSION TO FILE MOTION FOR CLASS CERT | BILLABLE | 7/3/2017 | 0.3 | $450.00 | $135.00 | KM |
| ▶ Class Action Certification and Notice EMAIL T. ALLEN RE DRAFTIN STIP TO CONTINUE FILING DATE FOR MOTION FOR CLASS CERT | BILLABLE | 6/30/2017 | 0.1 | $450.00 | $45.00 | KM |
| ▶ Class Action Certification and Notice DRAFT STIP TO CONTINUE FILIN GDATE FOR MOTION FOR CLASS CERT | BILLABLE | 6/30/2017 | 1 | $450.00 | $450.00 | KM |
| ▶ Class Action Certification and Notice REVIEW STIP TO CONTINUE FILING DATE FOR MOTION FOR CLASS CERT | BILLABLE | 6/30/2017 | 1 | $450.00 | $450.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Class Action Certification and Notice<br>REVIEW EMAILS FORM TA. ALLEN & J. HARMON RE DRAFTING STIP | BILLABLE | 6/30/2017 | 0.2 | $450.00 | $90.00 | KM |
| ▶ Class Action Certification and Notice<br>REVIEW FROM C. RIDOUT RE REDLINES TO STIP TO CONTINUE FILING DATE | BILLABLE | 6/30/2017 | 0.1 | $450.00 | $45.00 | KM |
| ▶ Class Action Certification and Notice<br>REVIEW C. RIDOUT'S REDLINES TO STIP TO CONTINUE FILING DATE | BILLABLE | 6/30/2017 | 0.5 | $450.00 | $225.00 | KM |
| ▶ Class Action Certification and Notice<br>REVIEW EMAIL FROM J. HARMON RE MOTION FOR CLASS CERTIFICATION | BILLABLE | 6/30/2017 | 0.1 | $750.00 | $75.00 | KM |
| ▶ Settlement<br>REVIEW EMAIL FROM M. MOORE RE OBTAINING BID | BILLABLE | 6/29/2017 | 0.1 | $450.00 | $45.00 | KM |
| ▶ Settlement<br>PHONE CALL W/ M. MOORE RE OBTAINING BID | BILLABLE | 6/29/2017 | 0.6 | $450.00 | $270.00 | KM |

| ⋮ ITEM | ⋮ STATUS | ⋮ DATE ↓ | ⋮ HRS. | ⋮ RATE | ⋮ TOTAL | ⋮ BILLED BY | ⋮ |
|---|---|---|---|---|---|---|---|
| ▶ Settlement<br>REVIEW EMAIL FROM T. DAY RE NEGOTIATION OF MEMORANDUM OF UNDERSTANDING | BILLABLE | 6/29/2017 | 0.1 | $450.00 | $45.00 | KM | |
| ▶ Settlement<br>REVIEW NEGOTIATED MEMORANDUM OF UNDERSTANDING | BILLABLE | 6/29/2017 | 1 | $450.00 | $450.00 | KM | |
| ▶ Settlement<br>REVIEW EMAIL FROM M. SUTHERLAND RE ESTIMATED TAKE ON SETTLEMENT | BILLABLE | 6/29/2017 | 0.3 | $450.00 | $135.00 | KM | |
| ▶ Settlement<br>EMAIL T. DYA, C. RIDOUT, J. DUFFY RE SECURING BIDS FOR ADMIN | BILLABLE | 6/28/2017 | 0.1 | $450.00 | $45.00 | KM | |
| ▶ Settlement<br>REVIEW EMAIL FROM T. DAY RE ADMIN BIDS, DRAFTS SENT TO C. RIDOUT | BILLABLE | 6/28/2017 | 0.1 | $450.00 | $45.00 | KM | |
| ▶ Settlement<br>REVIEW DRAFTS SENT OVER BY T. DAY | BILLABLE | 6/28/2017 | 1 | $450.00 | $450.00 | KM | |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>EMAIL TO & REVIEW RESPONSE FROM C. FRANCISCO RE OBTAINING BID | BILLABLE | 6/28/2017 | 0.2 | $450.00 | $90.00 | KM |
| ▶ Class Action Certification and Notice<br>REDLINE MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERT & PRELIM APPROVAL; PROVIDE TO T. DAY, C. RIDOUT, J. DUFFY | BILLABLE | 6/28/2017 | 1.6 | $450.00 | $720.00 | KM |
| ▶ Class Action Certification and Notice<br>REVIEW EMAIL FROM C. RIDOUT TO OPPOSING COUNSEL RE OUR PROPOSED CHANGES TO MOTION FOR CLASS CERT & PRELIM APPROVAL | BILLABLE | 6/28/2017 | 0.1 | $450.00 | $45.00 | KM |
| ▶ Settlement<br>EMAIL TO & FROM M. MOORE RE OBTAINING BID | BILLABLE | 6/28/2017 | 0.2 | $450.00 | $90.00 | KM |
| ▶ Settlement<br>REVIEW EMAIL FROM C. RIDOUT RE DRAFT OF RIDOUT'S ADEQUACY DECLARATION | BILLABLE | 6/27/2017 | 0.1 | $450.00 | $45.00 | KM |
| ▶ Settlement<br>REVIEW C. RIDOUT'S ADEQUACY DECLARATION | BILLABLE | 6/27/2017 | 0.5 | $450.00 | $225.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ⏵ Class Action Certification and Notice<br>PROVIDE REVISIONS TO MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERT & PRELIM APPROVAL TO C. RIDOUT | BILLABLE | 6/27/2017 | 0.1 | $450.00 | $45.00 | KM |
| ⏵ Class Action Certification and Notice<br>REVIEW EMAIL FROM C. RIDOUT RE DEFENDANTS' PROPOSED EDITS TO MOTION FOR CER & PRELIM APPROVAL | BILLABLE | 6/23/2017 | 0.1 | $450.00 | $45.00 | KM |
| ⏵ Class Action Certification and Notice<br>REVIEW DEFENDNATS' PROPOSED EDITS TO MOTION FOR CERT & PRELIM APPROVAL | BILLABLE | 6/23/2017 | 1.5 | $450.00 | $675.00 | KM |
| ⏵ Settlement<br>REVIEW EMAIL FROM C. RIDOUT RE CLIENT'S REPRESENTATIVE FEE | BILLABLE | 6/22/2017 | 0.1 | $450.00 | $45.00 | KM |
| ⏵ Settlement<br>REVIEW EMAILS & REPLY TO C. RIDOUT RE FILING MOTION FOR PRELIM. APPROVAL | BILLABLE | 6/21/2017 | 0.4 | $450.00 | $180.00 | KM |
| ⏵ Settlement<br>REVIEW MOTION FOR CLASS CERT & PRELIM. APPROVAL | BILLABLE | 6/21/2017 | 1.5 | $450.00 | $675.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ► Settlement<br>EMAIL CORRESPONDENCE FROM CO COUNSEL RE MOTION FOR PRELIMINARY APPROVAL | BILLABLE | 6/21/2017 | 0.3 | $750.00 | $225.00 | KM |
| ► Pleadings<br>REVIEW EMAIL & REPLY TO T. ALLEN RE DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT | BILLABLE | 5/22/2017 | 0.2 | $450.00 | $90.00 | KM |
| ► Pleadings<br>UPDATE CASE PLAN | BILLABLE | 5/9/2017 | 0.2 | $150.00 | $30.00 | NRP |
| ► Fact Investigation/Development<br>LOOK FOR BEGINNING OF EMPLOYMENT OF NEW CLASS REP SHONNTEY MOODIE FOR COCOUNSEL. | BILLABLE | 5/2/2017 | 0.1 | $450.00 | $45.00 | ABM |
| ► Analysis/Strategy<br>REVIEW EMAILS FROM H. BELKNAP, N. PIERSON, A. MAZEIKA RE DATE ON WHICH CLIENT APPLIED TO MAXIM | BILLABLE | 5/2/2017 | 0.3 | $450.00 | $135.00 | KM |
| ► Analysis/Strategy<br>REVIEW EMAIL FROM H. BELKNAP RE SENDING EXECUTED RETAINER | BILLABLE | 5/1/2017 | 0.1 | $450.00 | $45.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ **Communicate (with client)** <br> NEW RETAINER FOR NEW CLASS REP SHONNTEY MOODIE, CORRESPOND VIA EMAIL RE COMING IN TODAY, MEET WITH MS. MOODIE TO GO OVER RETAINER AND ANSWER QUESTIONS ABOUT CASE. | BILLABLE | 4/28/2017 | 0.8 | $450.00 | $360.00 | ABM |
| ▶ **Pleadings** <br> CALL COCOUNSEL TO INFORM HIM WE GOT A NEW CLASS REP AND WILL SEND A RETAINER ON MONDAY; SAID HE WILL CALL DEFENSE TO REQUEST SUBST. BY STIP., AND WILL WORK ON GETTING PRELIM. APPROVAL MOTION ON FILE. | BILLABLE | 4/28/2017 | 0.1 | $450.00 | $45.00 | ABM |
| ▶ **Time** <br> CALL CLASS MEMBERS TO SEE IF THEY CAN SERVE AS NEW CLASS REP; FOLLOW UP WITH SHANTE MOODIE TO SERVE AS CLASS REP. | BILLABLE | 4/26/2017 | 1 | $450.00 | $450.00 | ABM |
| ▶ **Class Action Certification and Notice** <br> REVIEW EMAIL FROM A. MAZEIKA RE OBTAINING CLASS REPRESENTATIVE | BILLABLE | 4/26/2017 | 0.1 | $450.00 | $45.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Class Action Certification and Notice<br>REVIEW EMAIL FROM H. BALKNAP RE DRAFTING DECLARATION & EXHIBITS FOR CLASS CERT & PRELIM APPROVAL | BILLABLE | 4/18/2017 | 0.1 | $450.00 | $45.00 | KM |
| ▶ Class Action Certification and Notice<br>EMAILS TO T. ALLEN, N. PIERSON RE DRAFTING DECLARATION OF ADEQUACY | BILLABLE | 4/18/2017 | 0.3 | $450.00 | $135.00 | KM |
| ▶ Class Action Certification and Notice<br>DRAFT DECLARATION OF ADEQUACY | BILLABLE | 4/18/2017 | 1.5 | $450.00 | $675.00 | TLA |
| ▶ Class Action Certification and Notice<br>REVIEW DECLARATION OF ADEQUACY DRAFTED BY T. ALLEN | BILLABLE | 4/18/2017 | 0.5 | $450.00 | $225.00 | KM |
| ▶ Settlement<br>UPDATE CASE PLAN | BILLABLE | 4/18/2017 | 0.2 | $150.00 | $30.00 | NRP |
| ▶ Class Action Certification and Notice<br>EMAILS TO & FROM H. BELKNAP RE UPCOMING DEADLINE FOR CLASS CERT & PRELIM. APPROVAL | BILLABLE | 4/17/2017 | 0.3 | $750.00 | $225.00 | KM |

| | ITEM | | STATUS | | DATE ↓ | | HRS. | | RATE | | TOTAL | | BILLED BY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ▶ Analysis/Strategy<br>EMAIL N. PIERSON RE UPDATING UPCOMING DATES FOR THIS MATTER | | BILLABLE | | 3/28/2017 | | 0.1 | | $750.00 | | $75.00 | | KM | |
| | ▶ Analysis/Strategy<br>EMAIL C. RIDOUT & H. BALKNAP RE CALL RE RECENT 9TH CIRCUIT DECISION | | BILLABLE | | 3/6/2017 | | 0.1 | | $750.00 | | $75.00 | | KM | |
| | ▶ Analysis/Strategy<br>PHONE CALL W/ C. RIDOUT & H. BELKNAP RE RECENT 9TH CIRCUIT DECISION | | BILLABLE | | 3/6/2017 | | 0.6 | | $750.00 | | $450.00 | | KM | |
| | ▶ Analysis/Strategy<br>EMAILS TO & FROM H. BELKNAP, C. RIDOUT RE ARRANGING TIME FOR CALL NEXT WEEK RE RECENT 9TH CIRCUIT DECISION | | BILLABLE | | 2/24/2017 | | 0.3 | | $650.00 | | $195.00 | | KM | |
| | ▶ Analysis/Strategy<br>REVIEW EMAIL FROM H. BALKNAP RE RECENT 9TH CIRCUIT DECISION | | BILLABLE | | 2/23/2017 | | 0.1 | | $750.00 | | $75.00 | | KM | |
| | ▶ Settlement<br>REVIEW EMAILS FROM C. RIDOUT, J. DUFFY, N. PIERSON RE FILING FINALIZED NOTICE OF SETTLEMENT | | BILLABLE | | 1/11/2017 | | 0.3 | | $750.00 | | $225.00 | | KM | |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>EMAILS TO & FROM C. RIDOUT RE DRAFT NOTICE OF SETTLEMENT | BILLABLE | 1/3/2017 | 0.3 | $750.00 | $225.00 | KM |
| ▶ Settlement<br>REVIEW & REDLINE DRAFT NOTICE OF SETTLEMENT | BILLABLE | 1/3/2017 | 1 | $750.00 | $750.00 | KM |
| ▶ Settlement<br>REVIEW EMAILS FROM J. DUFFY & C. RIDOUT RE FILING NOTICE OF SETTLEMENT | BILLABLE | 12/29/2016 | 0.2 | $650.00 | $130.00 | KM |
| ▶ Settlement<br>All activities directed specifically to settlement. Encompasses planning for and participating in settlement discussions, conferences, and hearings and implementing a settlement. Covers pursuing and participating in mediation and other non-binding ADR procedures. Also includes pre-litigation demand letters and ensuing discussions. | BILLABLE | 12/28/2016 | 1 | $650.00 | $650.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| **▶ Settlement**<br>All activities directed specifically to settlement. Encompasses planning for and participating in settlement discussions, conferences, and hearings and implementing a settlement. Covers pursuing and participating in mediation and other non-binding ADR procedures. Also includes pre-litigation demand letters and ensuing discussions. | BILLABLE | 12/28/2016 | 0.1 | $650.00 | $65.00 | KM |
| **▶ Analysis/Strategy**<br>EMAIL C. RIDOUT RE FINALIZING SETTLEMENT | BILLABLE | 12/14/2016 | 0.1 | $650.00 | $65.00 | KM |
| **▶ Settlement**<br>All activities directed specifically to settlement. Encompasses planning for and participating in settlement discussions, conferences, and hearings and implementing a settlement. Covers pursuing and participating in mediation and other non-binding ADR procedures. Also includes pre-litigation demand letters and ensuing discussions. | BILLABLE | 12/14/2016 | 0.1 | $650.00 | $65.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Settlement<br>All activities directed specifically to settlement. Encompasses planning for and participating in settlement discussions, conferences, and hearings and implementing a settlement. Covers pursuing and participating in mediation and other non-binding ADR procedures. Also includes pre-litigation demand letters and ensuing discussions. | BILLABLE | 12/14/2016 | 0.1 | $650.00 | $65.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW EMAIL FROM C. RIDOUT RE FINALIZING SETTLEMENT | BILLABLE | 12/12/2016 | 0.1 | $650.00 | $65.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW EMAIL FROM N. PIERSON RE MEMO OF UNDERSTANDING | BILLABLE | 12/7/2016 | 0.1 | $650.00 | $65.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW MEMORANDUM OF UNDERSTANDING | BILLABLE | 12/6/2016 | 1 | $650.00 | $650.00 | KM |
| ▶ Analysis/Strategy<br>EMAIL C. RIDOUT RE MEMORANDUM OF UDNERSTANDING | BILLABLE | 12/6/2016 | 0.1 | $650.00 | $65.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Analysis/Strategy<br>EMAIL N. PIERSON REVISIONS TO MEMORANDUM OF UNDERSTANDING | BILLABLE | 12/6/2016 | 0.1 | $650.00 | $65.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW EMAIL FROM C. RIDOUT RE MEMO OF UNDERSTANDING | BILLABLE | 12/6/2016 | 0.1 | $650.00 | $65.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW EMAILS FROM C. RIDOUT RE MEMORANDUM OF UNDERSTANDING | BILLABLE | 12/5/2016 | 0.2 | $650.00 | $130.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW EMAIL FROM CHRIS RIDOUT RE REVISIONS | BILLABLE | 11/1/2016 | 0.1 | $650.00 | $65.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW EMAILS FROM C. RIDOUT & J. DUFFY RE REVISIONS | BILLABLE | 10/31/2016 | 0.2 | $550.00 | $110.00 | KM |
| ▶ Dispositive Motions<br>REVIEW DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION | BILLABLE | 9/18/2015 | 2.1 | $550.00 | $1,155.00 | KM |
| ▶ Dispositive Motions<br>LEGAL RESEARCH AND BEGIN DRAFT OF PLAINTIFF'S EX PARTE FOR AN ORDER STRIKING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT | BILLABLE | 9/17/2015 | 4.3 | $550.00 | $2,365.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Dispositive Motions<br>MEET AND CONFER W/ DEFENDANT REGARDING WITHDRAWING DEFEDANTS' MOTION FOR SUMMARY JUDGEMENT | BILLABLE | 9/16/2015 | 0.3 | $550.00 | $165.00 | KM |
| ▶ Class Action Certification and Notice<br>REVIEW DEFENDANT'S PORTION OF JOINT MOTION FOR CLASS CERTIFICATION(2..9); LEGAL RESEARCH TO PULL CASES CITED BY DEFENDANT (4.8) | BILLABLE | 7/27/2015 | 7.7 | $550.00 | $4,235.00 | KM |
| ▶ Class Action Certification and Notice<br>IN PERSON MEETING WITH CLIENT TO DISCUSS STATUS AND REVIEW HIS DECLARATION(.4); MEMO TO FILE(.2) | BILLABLE | 7/26/2015 | 0.6 | $550.00 | $330.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW K. MAHONEY'S NOTES FROM MEETING WITH CLIENT AND DRAFT DECLARATION FOR CLIENT. | BILLABLE | 7/26/2015 | 1.4 | $400.00 | $560.00 | NP |
| ▶ Class Action Certification and Notice<br>REVIEW DEFENDANT'S PORTION OF JOINT MOTION FOR CLASS CERTIFICATION. | BILLABLE | 7/26/2015 | 2.9 | $400.00 | $1,160.00 | NP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Analysis/Strategy LEGAL RESEARCH RE: CASES CITED BY DEFENDANT. | BILLABLE | 7/26/2015 | 4.8 | $400.00 | $1,920.00 | NP |
| ▶ Depositions SUMMARIZE DEPOSITION OF C. MELCHER | BILLABLE | 7/25/2015 | 3 | $175.00 | $525.00 | NRP |
| ▶ Class Action Certification and Notice DRAFT DECLARATION OF KM IN SUPPORT OF JOINT MOTION FOR CLASS CERTIFICATION | BILLABLE | 7/22/2015 | 1.3 | $550.00 | $715.00 | KM |
| ▶ Class Action Certification and Notice VERSION 5, REVIEW AND REVISE MLG'S PORTION OF JOINT MOTION FOR CLASS CERTIFICATION | BILLABLE | 7/19/2015 | 0.9 | $550.00 | $495.00 | KM |
| ▶ Class Action Certification and Notice VERSION 4, REVIEW AND REVISE MLG'S PORTION OF JOINT MOTION FOR CLASS CERTIFICATION | BILLABLE | 7/15/2015 | 1.1 | $550.00 | $605.00 | KM |
| ▶ Class Action Certification and Notice VERSION 3, REVIEW AND REVISE MLG'S PORTION OF JOINT MOTION FOR CLASS CERTIFICATION | BILLABLE | 7/13/2015 | 1.5 | $550.00 | $825.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ▶ Class Action Certification and Notice<br>REVIEW AND REVISE MLG'S PORTION OF JOINT MOTION FOR CLASS CERTIFICATION | BILLABLE | 7/9/2015 | 1.6 | $550.00 | $880.00 | KM |
| ▶ Class Action Certification and Notice<br>FURTHER CONTINED DRAFTING OF MLG'S PORTION OF JOINT MOTION FOR CLASS CERTIFICATION. | BILLABLE | 7/5/2015 | 2.6 | $550.00 | $1,430.00 | KM |
| ▶ Class Action Certification and Notice<br>CONTINUED DRAFT OF MLG'S PORTION OF JOINT MOTION FOR CLASS CERTIFICATION. | BILLABLE | 7/3/2015 | 2.1 | $550.00 | $1,155.00 | KM |
| ▶ Class Action Certification and Notice<br>REVIEW FILE IN PREPARATION FOR DRAFT OF JOINT MOTION FOR CLASS CERTIFICATION (1.3); BEGIN LEGAL RESEARCH OF FRCA CASES(4.9); BEGIN DRAFTING OF MLG'S PORTIONS FOR THE JOINT MOTION(1.3); MEMO TO ATTY N.POPER(.3) | BILLABLE | 7/1/2015 | 7.6 | $550.00 | $4,180.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW MEMO FROM K. MAHONEY AND SUMMARIZE CASE LAW FOR K. MAHONEY'S REVIEW. | BILLABLE | 7/1/2015 | 4.1 | $400.00 | $1,640.00 | NP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Communicate (with client)<br>IN PERSON MEETING WITH CLIENT REGARDING MEDIATION AND NEXT STEPS(.7); MEMO TO FILE | BILLABLE | 6/26/2015 | 0.9 | $550.00 | $495.00 | KM |
| ▶ Settlement<br>ATTEND & TRAVEL TO AND FROM MEDIATION | BILLABLE | 6/25/2015 | 6.2 | $550.00 | $3,410.00 | KM |
| ▶ Settlement<br>REVIEW FILE AND PREPARE FOR MEDIATION | BILLABLE | 6/24/2015 | 2.1 | $550.00 | $1,155.00 | KM |
| ▶ Settlement<br>REVIEW FILE AND PREPARE FOR DEPOSITION(3.9); TELECONFERENCE W/ CLIENT RE: MEDIATION(.4) | BILLABLE | 6/24/2015 | 4.3 | $450.00 | $1,935.00 | KM |
| ▶ Analysis/Strategy<br>REVIEW CERTIFICATION DOCUMENTS PROVIDED BY DEFENSE COUNSEL. RESERACH SECOND DEFENDANT E-VERIFY AND DRAFT MEMO TO K. MAHONEY AND CO-COUNSEL. | BILLABLE | 6/24/2015 | 1.8 | $400.00 | $720.00 | NP |
| ▶ Analysis/Strategy<br>TRAVEL TO AND DEFEND PLAINTIFF'S DEPOSITION. | BILLABLE | 6/19/2015 | 6.1 | $400.00 | $2,440.00 | NP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Depositions<br>FURTHER DEPOSITION PREP WITH CLIENT AND K. MAHONEY. | BILLABLE | 6/18/2015 | 2.1 | $400.00 | $840.00 | NP |
| ▶ Depositions<br>FINAL DEPOSITION PREP W/ ATTY N.POPER AND CLIENT (2.1); MEMO TO PARALEGAL(.3) | BILLABLE | 6/18/2015 | 2.4 | $550.00 | $1,320.00 | KM |
| ▶ Depositions<br>MEETIN W/ ATTY N.POPER PRIOR TO DEPOSITION (1.1); MEET W/ ATTY N.POPER RE: DEPOSITION (.4); | BILLABLE | 6/17/2015 | 1.5 | $550.00 | $825.00 | KM |
| ▶ Depositions<br>MEET WITH K. MAHONEY RE: DEPOSITION OF PMQ. | BILLABLE | 6/17/2015 | 1.1 | $400.00 | $440.00 | NP |
| ▶ Depositions<br>ATTEND AND TAKE DEPOSITION OF PMQ. | BILLABLE | 6/17/2015 | 1.3 | $400.00 | $520.00 | NP |
| ▶ Depositions<br>MEET WITH K. MAHONEY AFTER DEPOSITION. | BILLABLE | 6/17/2015 | 0.4 | $400.00 | $160.00 | NP |
| ▶ Depositions<br>PREPARE DEPOSITION MEMO FOR FILE. | BILLABLE | 6/17/2015 | 0.3 | $400.00 | $120.00 | NP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Depositions<br>DEPOSITION PREP WITH CLIENT AND K. MAHONEY. | BILLABLE | 6/16/2015 | 3.7 | $400.00 | $1,480.00 | NP |
| ▶ Depositions<br>REVIEW FILE (1.2); BEGIN DEPOSITION PREP W/ ATTY N.POPER AND CLIENT (3,7) | BILLABLE | 6/16/2015 | 4.9 | $550.00 | $2,695.00 | KM |
| ▶ Other Discovery<br>REVIEW MEMO FROM ATTY N.POPER RE: WAIVER OF ATTY CLIENT PRIVILEGE(.2); LEGAL RESEARCH RE: WAIVER OF ATTY CLIENT PRIVILEGE(.9); MEMO TO FILE AND ATTY NPOPER(.3) | BILLABLE | 6/15/2015 | 1.1 | $550.00 | $605.00 | KM |
| ▶ Depositions<br>DEPOSITION OF DEFENDANT'S PMQ, PART TWO | BILLABLE | 6/15/2015 | 7 | $450.00 | $3,150.00 | KM |
| ▶ Document Production<br>SUMMARIZE EVIDENCE PRODUCED BY DEFENDANT, BATES 397 - 1064 | BILLABLE | 6/15/2015 | 10 | $175.00 | $1,750.00 | NRP |
| ▶ Analysis/Strategy<br>REVIEW MEMO FROM K. MAHONEY; REVIEW FILE AND PREPARE RESPONSE MEMO. | BILLABLE | 6/15/2015 | 0.6 | $400.00 | $240.00 | NP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ▶ Analysis/Strategy<br>PREPARE MEMO TO K .MAHONEY RE: WAIVER OF ATTORNEY CLIENT PRIVILEGE. | BILLABLE | 6/15/2015 | 0.4 | $400.00 | $160.00 | NP |
| ▶ Depositions<br>REVIEW FILE TO PREPARE DRAFT DEPOSITION OUTLINE FOR PMQ DAY TWO(1.9); DRAFT PMQ DEPOSITION OUTLINE FOR PART 2 (.1.7); MEMO TO ATTY N.POPER(.2) | BILLABLE | 6/15/2015 | 3.8 | $550.00 | $2,090.00 | KM |
| ▶ Written Discovery<br>MEET WITH K. MAHONEY PRIOR TO IN PERSON MEET AND CONFER WITH DEFENSE COUNSEL. | BILLABLE | 6/14/2015 | 0.3 | $400.00 | $120.00 | NP |
| ▶ Written Discovery<br>IN PERSON MEET AND CONFER WITH DEFENSE COUNSEL. | BILLABLE | 6/14/2015 | 0.4 | $400.00 | $160.00 | NP |
| ▶ Written Discovery<br>MEMO TO FILE RE: IN PERSON MEET AND CONFER WITH DEFENSE COUNSEL. | BILLABLE | 6/14/2015 | 0.2 | $400.00 | $80.00 | NP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ▶ Court Mandated Conferences<br>MEET W/ ATTY N.POPER PRIOR TO IN PERSON MEETING AT THE OFFICE WITH DEFENDANT'S COUNSEL(.3); ATTEND IN PERSON MEET AND CONFER(.4) | BILLABLE | 6/14/2015 | 0.7 | $550.00 | $385.00 | KM |
| ▶ Depositions<br>DRAFT AMENDED NOTICE OF CONTINUED PMQ DEPOSITION. | BILLABLE | 6/2/2015 | 0.5 | $400.00 | $200.00 | NP |
| ▶ Depositions<br>REVIEW FILE AND BEGIN DRAFT OF AMENDED NOTICE OF CONTINUED PMQ DEPOSITION. | BILLABLE | 5/15/2015 | 1.5 | $400.00 | $600.00 | NP |
| ▶ Written Discovery<br>REVIEW FILE AND DRAFT PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS. | BILLABLE | 5/11/2015 | 1.1 | $400.00 | $440.00 | NP |
| ▶ Analysis/Strategy<br>REVIEW FILE, AND DRAFT CASE PLAN/STRATEGY FOR CERTIFICATION | BILLABLE | 4/15/2015 | 1.2 | $550.00 | $660.00 | KM |
| ▶ Analysis/Strategy<br>MEET WITH K. MAHONEY RE: DEPOSITION. ATTEND & PARTICIPATE IN QUESTIONING OF PMQ. | BILLABLE | 3/23/2015 | 9.5 | $400.00 | $3,800.00 | NP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Depositions<br>PREPARE AND TAKE DEPOSITION OF DEFENDANT'S PMQ(9.5); DRAFT CORRESPONDENCE TO CLIENT AFTER DEPOSITION(.7); MEMO TO FILE(.3) | BILLABLE | 3/23/2015 | 10.5 | $550.00 | $5,775.00 | KM |
| ▶ Analysis/Strategy<br>PREPARE RESEARCH MEMO FOR K. MAHONEY. | BILLABLE | 3/21/2015 | 0.4 | $400.00 | $160.00 | NP |
| ▶ Depositions<br>CONTINUED REVIEW OF DOCUMENTS FOR PMQ DEPOSITION (2.7) BEGIN DRAFT OF PMQ OUTLINE (2.6); REVIEW RESEARCH MEMO FROM N.POPER(.4) | BILLABLE | 3/21/2015 | 5.7 | $550.00 | $3,135.00 | KM |
| ▶ Depositions<br>MEET W/ KM RE: DOCUMENTS FOR KM TO TAKE PMQ DEPOSITION | BILLABLE | 3/20/2015 | 0.5 | $175.00 | $87.50 | NRP |
| ▶ Analysis/Strategy<br>MEET WITH K. MAHONEY RE: RESEARCH. | BILLABLE | 3/20/2015 | 0.3 | $400.00 | $120.00 | NP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ► Depositions<br>BEGIN REVIEW OF FILE AND DOCUMENTS TO DRAFT PMQ DEPO OUTLINE(5.1); MEET W/ PARALEGAL N.PIERSON RE: SEPARATING DOCUMENTS TO BE USED IN PMQ DEPOSITION(.5); MEET W/ N.POPER RE: RESEARCH(.3) | BILLABLE | 3/20/2015 | 5.9 | $550.00 | $3,245.00 | KM |
| ► Written Discovery<br>3/15/19- REVIEW DEFENDANT RESPONSE TO RFA AND SROGS SET ONE | BILLABLE | 3/15/2015 | 1.7 | $550.00 | $935.00 | KM |
| ► Written Discovery<br>REVIEW FILE AND DRAFT PLAINTIFF'S REQUEST FOR ADMISSIONS AND FORM INTERROGATORIES, SET ONE. | BILLABLE | 1/26/2015 | 2.9 | $400.00 | $1,160.00 | NP |
| ► Communicate (with client)<br>SPEAK WITH CLIENT RE: WITNESSES. PREPARE WITNESS LIST AND MEMO TO K. MAHONEY. | BILLABLE | 12/30/2014 | 2.3 | $400.00 | $920.00 | NP |
| ► Analysis/Strategy<br>REVIEW WITNESS LIST AND MEMO FROM ATTY N.POPER(.3); MEMO TO FILE(.2) | BILLABLE | 12/30/2014 | 0.5 | $550.00 | $275.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Written Discovery<br>REVIEW DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE AND INTERROGATORIES, SET ONE | BILLABLE | 12/11/2014 | 2.1 | $400.00 | $840.00 | NP |
| ▶ Written Discovery<br>REVIEW DEFENDANT'S RESPONSE TO PLAINTIFF RPD SET ONE.( | BILLABLE | 10/15/2014 | 0.9 | $550.00 | $495.00 | KM |
| ▶ Written Discovery<br>REVIEW DEFENDANT'S INITIAL DISCLOSURES AND SUMMARIZE. | BILLABLE | 10/10/2014 | 0.6 | $400.00 | $240.00 | NP |
| ▶ Written Discovery<br>REVIEW FILE AND DRAFT PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE. | BILLABLE | 8/22/2014 | 1.7 | $400.00 | $680.00 | NP |
| ▶ Analysis/Strategy<br>REVIEW ATTY N. POPER'S MEMO RE: CLASS CERTIFICATION(.4) FURTHER RESEARCH RE: FCRA CASE LAW(.2.7); MEMO TO FILE(.2) | BILLABLE | 6/26/2014 | 3.3 | $550.00 | $1,815.00 | KM |
| ▶ Class Action Certification and Notice<br>RESEARCH CASE LAW AND PREPARE MEMO RE: VIABILITY OF CLASS CERTIFICATION. | BILLABLE | 6/24/2014 | 1.3 | $400.00 | $520.00 | NP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ▶ Analysis/Strategy<br>RESEARCH CASE LAW RE: FAIR CREDIT AND REPORTING CASES. | BILLABLE | 6/18/2014 | 1.3 | $400.00 | $520.00 | NP |
| ▶ Analysis/Strategy<br>PERPARE MEMO TO K. MAHONEY RE: CASE LAW RE: FAIR CREDIT AND REPORTING CASES. | BILLABLE | 6/18/2014 | 0.9 | $400.00 | $360.00 | NP |
| ▶ Analysis/Strategy<br>REVIEW AND RESPOND TO EMAILS BETWEEN K. MAHONEY AND CO-COUNSEL RE: FCRA CASES. | BILLABLE | 6/18/2014 | 0.2 | $400.00 | $80.00 | NP |
| ▶ Pleadings<br>REVIEW ATTY N.POPER MEMO AND RESPOND WITH FURTHER QUESTIONS(.5); MEMO TO FILE(.2) | BILLABLE | 6/18/2014 | 0.7 | $550.00 | $385.00 | KM |
| ▶ Communicate (with client)<br>MEETING W/ ATTORNEY N.POPER AND CLIENT RE: STATUS (.7); MEMO TO FILE(.2) | BILLABLE | 6/15/2014 | 0.9 | $550.00 | $495.00 | KM |
| ▶ Analysis/Strategy<br>6/12/14- EMAILS W/ ATTY N.POPER AND CO-COUNSEL RE: E-VERIFY RETAINED COUNSEL(.3); MEMO TO FILE(.2) | BILLABLE | 6/12/2014 | 0.5 | $550.00 | $275.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Analysis/Strategy REVIEW AND RESPOND TO EMAILS BETWEEN K. MAHONEY AND CO-COUNSEL RE: RETAINED COUNSEL FOR E-VERIFY. | BILLABLE | 6/12/2014 | 0.3 | $400.00 | $120.00 | NP |
| ▶ Communicate (with client) MEETING WITH CLIENT AND K. MAHONEY RE: STATUS OF CASE. | BILLABLE | 6/12/2014 | 0.7 | $400.00 | $280.00 | NP |
| ▶ Analysis/Strategy REVIEW COURT'S STANDING ORDER. MEET WITH PARALEGAL TO DISCUSS. | BILLABLE | 5/14/2014 | 0.8 | $400.00 | $320.00 | NP |
| ▶ Pleadings REVIEW COURT'S STANDING ORDER: (.2); STRATEGY MEETING W/ ATTY N. POPER AND PARALEGAL N.PIERSON: .6); MEMO TO FILE(.2) | BILLABLE | 5/14/2014 | 0.8 | $550.00 | $440.00 | KM |
| ▶ Pleadings REVIEW AND REDLINE COMPLAINT BY CO-COUNSEL. | BILLABLE | 5/5/2014 | 0.8 | $550.00 | $440.00 | KM |
| ▶ Analysis/Strategy MET WITH CLIENT TO REVIEW COMPLAINT AND DISCUSS NEXT STEPS. | BILLABLE | 5/4/2014 | 2.3 | $400.00 | $920.00 | NP |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Communicate (with client)<br>MEETING WITH CLIENT TO OBTAIN SIGNED RETAINER AND DISCUSS NEXT STEPS(2.3); MEMO TO FILE(.2). | BILLABLE | 5/4/2014 | 2.5 | $550.00 | $1,375.00 | KM |
| ▶ Analysis/Strategy<br>MEETING WITH K. MAHONEY RE: STRATEGY AND FILING COMPLAINT. | BILLABLE | 5/3/2014 | 1.1 | $400.00 | $440.00 | NP |
| ▶ Analysis/Strategy<br>MEETING W/ ATTY NP AND PARALEGAL NP RE: STRATEGY AND FILING OF CASE/ DRAFTING COMPLAINT. | BILLABLE | 5/3/2014 | 1.1 | $550.00 | $605.00 | KM |
| ▶ Analysis/Strategy<br>MEETING W/ ATTY NP AND K.MAHONEY RE: STRATEGY AND FILING OF CASE/ DRAFTING COMPLAINT. | BILLABLE | 5/3/2014 | 1.1 | $175.00 | $192.50 | NRP |
| ▶ Analysis/Strategy<br>MEETING W/ ATTY N. POPER RE: COMPLAINT AND FILING(.5); MEMO TO FILE(.2) | BILLABLE | 4/28/2014 | 0.7 | $550.00 | $385.00 | KM |
| ▶ Communicate (with client)<br>TELECONFERENCE W/ CLIENT RE: STATUS(.4); MEMO TO FILE(.2) | BILLABLE | 4/28/2014 | 0.6 | $550.00 | $330.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|------|--------|--------|------|------|-------|-----------|
| ▶ Analysis/Strategy<br>EMAIL CORRESPONDENCE W/ K. MAHONEY AND CO-COUNSEL (.3); MEMO TO FILE(.2) | BILLABLE | 4/28/2014 | 0.5 | $550.00 | $275.00 | KM |
| ▶ Pleadings<br>FURTHER REVISED COMPLAINT AND MET WITH K. MAHONEY | BILLABLE | 4/28/2014 | 1.1 | $400.00 | $440.00 | NP |
| ▶ Analysis/Strategy<br>REVIEW AND RESPOND TO EMAILS BETWEEN K. MAHONEY AND CO-COUNSEL. | BILLABLE | 4/28/2014 | 0.3 | $400.00 | $120.00 | NP |
| ▶ Pleadings<br>REVISE COMPLAINT. | BILLABLE | 4/24/2014 | 0.9 | $400.00 | $360.00 | NP |
| ▶ Analysis/Strategy<br>MEETING W/ ATTY K. MAHONEY RE: STATUS AND MOVING FORWARD WITH CASE | BILLABLE | 4/24/2014 | 0.7 | $400.00 | $280.00 | NP |
| ▶ Analysis/Strategy<br>EMAIL CORREPONDE WITH CO-COUNSEL | BILLABLE | 4/24/2014 | 0.2 | $550.00 | $110.00 | KM |
| ▶ Analysis/Strategy<br>MEETING W/ ATTY N.POPER RE: STATUS AND MOVING FORWARD WITH CASE(.7); MEMO TO FILE(.2) | BILLABLE | 4/24/2014 | 0.9 | $750.00 | $675.00 | KM |

| ITEM | STATUS | DATE ↓ | HRS. | RATE | TOTAL | BILLED BY |
|---|---|---|---|---|---|---|
| ▶ Pleadings<br>DRAFT COMPLAINT FOR K. MAHONEY REVIEW. | BILLABLE | 4/18/2014 | 1.9 | $400.00 | $760.00 | NP |
| ▶ Analysis/Strategy<br>SEVERAL EMAIL CORRESPONDENCE EXCHANGE W/ CO-COUNSEL RE: STRATEGY/FILING OF COMPLAINT(.6); MEMO TO FILE(.2) | BILLABLE | 4/17/2014 | 0.6 | $550.00 | $330.00 | KM |
| ▶ Analysis/Strategy<br>RESEARCH RE DEFENDANT ENTITY(1.5); LEGAL RESEARCH OF FAIR CREDIT REPORTING ACT (3.1) | BILLABLE | 4/7/2014 | 4.6 | $550.00 | $2,530.00 | KM |
| ▶ Fact Investigation/Development<br>IN PERSON MEETING W/ REFERRING ATTY (1.5); REVIEW DOCUMENTS PROVIDED BY REFERRING ATTY(2.7). | BILLABLE | 3/15/2014 | 4.2 | $550.00 | $2,310.00 | KM |
| ▶ Analysis/Strategy<br>CALL W/ OPPOSING COUNSEL RE CLASS SIZE | BILLABLE | 2/6/2014 | 0.4 | $550.00 | $220.00 | KM |
| ▶ Fact Investigation/Development<br>CALL FROM ATTY RE: POTENTIAL REFERRAL | BILLABLE | 1/29/2014 | 0.9 | $550.00 | $495.00 | KM |

| ⋮ ITEM | ⋮ STATUS | ⋮ DATE ↓ | ⋮ HRS. | ⋮ RATE | ⋮ TOTAL | ⋮ BILLED BY | ⋮ |
|--------|----------|----------|--------|--------|---------|-------------|---|
|        |          |          | 282.10 |        | $138,590.00 USD |       |   |