JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/12/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHONNTEY MOODIE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MAXIM HEALTHCARE SERVICES, INC., et al., <br><br> Defendants. | Case No. CV 14-3471 FMO (ASx) <br><br> **JUDGMENT** |

    Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Incentive Payment ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

    1. Plaintiff Shonntey Moodie shall be paid a service payment of $5,000 in accordance with the terms of the Settlement Agreement and this Order.

    2. Class counsel shall be paid $300,000.00 in attorney's fees and costs in accordance with the terms of the Settlement Agreement.

    3. The Claims Administrator, JND, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

    4. All class members who did not validly and timely request exclusion from the settlement

have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

5. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 12th day of November, 2019.

                                            /s/
                                    Fernando M. Olguin
                                  United States District Judge